[No. 2456-1.    Division One.    October 21, 1974.]

THE CITY OF SEATTLE, *Respondent,* v. LLOYD LESTER SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 63904, Cornelius C. Chavelle, J., entered July 31, 1973. *Dismissed* by unpublished opinion per Swanson, C.J., concurred in by Williams and Callow, JJ.

[No. 2437-1.    Division One.    October 21, 1974.]

JOHN KOVACH, *Appellant,* v. THE DIVISION OF PUBLIC ASSISTANCE, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 740844, Cornelius C. Chavelle, J., entered May 24, 1973. *Affirmed* by unpublished per curiam opinion.

[No. 1132-2.    Division Two.    October 21, 1974.]

LUCIEN M. CRAIN, *Appellant,* v. THE TRAVELERS INDEMNITY COMPANY, HARTFORD, CONNECTICUT, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 209069, William F. LeVeque, J., entered June 4, 1973. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 896-3.    Division Three.    October 23, 1974.]

MARIE P. SMITH, *Respondent,* v. HARVEY L. SMITH, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 60856, Albert N. Bradford, J., entered June 25, 1973. *Affirmed* by unpublished per curiam opinion.